UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLARK INVESTMENT PROPERTIES, LLC, and Arizona limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>NAVIGATORS INSURANCE COMPANY; a New York corporation; NIC INSURANCE COMPANY, a business organization of an unknown form; and DOES 1 through 10,<br><br>    Defendants. | Case No. 09cv1435-JM(BLM)<br><br>**ORDER SETTING RULE 26 COMPLIANCE AND NOTICE OF CASE MANAGEMENT CONFERENCE** |

On August 3, 2009, the Court vacated the Early Neutral Evaluation Conference in the above-entitled case due to the then-pending motion to remand the case to state court. Doc. No. 8. On September 10, 2009, District Judge Jeffrey T. Miller denied the motion. Doc. No. 14. Therefore, the Court issues the following orders:

1. Any objections to initial disclosure will be resolved as required by Rule 26;

2. The Rule 26(f) conference shall be completed on or

1 | before **September 28, 2009**;

2 | 3. A joint discovery plan shall be <u>lodged</u> with Magistrate
3 | Judge Barbara L. Major on or before **October 5, 2009**; and,

4 | 4. A Case Management Conference pursuant to Rule 16(b)
5 | shall be held on **October 14, 2009** at **9:00 a.m.**, or as soon
6 | thereafter as the Court's calendar will allow, in the chambers of
7 | Magistrate Judge Major. **Counsel shall appear telephonically.** The
8 | Court will initiate the conference call.

9 | Parties are hereby warned that failure to comply with this
10 | Order may result in the imposition of sanctions. Additionally,
11 | failure to respond to discovery requests or to comply with the
12 | Federal Rules of Civil Procedure regarding discovery may result in
13 | the imposition of sanctions including monetary sanctions,
14 | evidentiary sanctions and the dismissal or default of your case.

15 | **IT IS SO ORDERED.**

17 | DATED: September 15, 2009

19 | BARBARA L. MAJOR
United States Magistrate Judge