| | |
|---|---|
| 1 | Roman A. Kostenko (CA 227205) |
| | rak@cimlaw.com |
| 2 | **CHEIFETZ IANNITELLI MARCOLINI, P.C.** |
| | 1850 North Central Avenue, 19th Floor |
| 3 | Phoenix, Arizona 85004 |
| | Telephone:   602/952-6000 |
| 4 | Facsimile:    602/952-7020 |

FILED
2010 JAN -7  PM 2: 02
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Attorneys for Plaintiff Skylark Investment Properties, LLC

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SKYLARK INVESTMENT PROPERTIES, LLC, an Arizona limited liability company, | Case No.: 09cv1435-JM (BLM) |
| Plaintiff, | **SUBSTITUTION OF ATTORNEY AND ORDER** |
| v. | |
| NAVIGATORS INSURANCE COMPANY; a New York corporation; NIC INSURANCE COMPANY, a business organization of unknown form; and DOES 1 through 10, | |
| Defendants. | |

Plaintiff Skylark Investment Properties, LLC hereby substitutes Roman A. Kostenko of Cheifetz Iannitelli Marcolini, P.C., 1850 N. Central Avenue, Phoenix, Arizona 85004, as attorney of record in place and stead of Susan Larsen.

I consent to the above substitution.

DATED:   December 22, 2009         SKYLARK INVESTMENT PROPERTIES, LLC

By: _____
(Signature of party)  Steve H. Vaughn
Treasury Manager

---

SUBSTITUTION OF ATTORNEY AND ORDER
Case No. 09cv1435-JM (BLM)

1  I consent to the above substitution.

2  DATED: December 17, 2009        SUSAN LARSEN

3

4                                  By: _____
                                   (signature of former attorney)
5

6  I am duly admitted to practice in this District. The above substitution is accepted.

7  DATED: December 22, 2009        CHEIFETZ IANNITELLI MARCOLINI, P.C.

8

9                                  By: _____
10                                 (signature of new attorney)

11

12 DATED: ~~December 6, 2009~~ Jan 6, 2010    APPROVED
13                                  _____
14                                  United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-
SUBSTITUTION OF ATTORNEY AND ORDER
Case No. 09cv1435-JM (BLM)